ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 14 1995

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | H-95- 221 |
| | ) | |
| v. | ) | MISCELLANEOUS NO. |
| | ) | |
| ROBERT L. JACOBS, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER TO SHOW CAUSE

On the petition of the United States, under 26 U.S.C. §§ 7402(b) and 7604(a) for an order requiring respondent, Robert L. Jacobs, to show cause why respondent should not be compelled to obey an Internal Revenue Service summons served upon respondent on December 9, 1994, it is

ORDERED that a copy of this Order, together with the petition and exhibits, be served on respondent by a United States Marshal or a representative of the Internal Revenue Service.

IT IS FURTHER ORDERED that within 20 days of that service, the respondent shall file with the court and serve on the Internal Revenue Service a written response containing specific facts rebutting petitioner's prima facie case for the enforcement of the summons or demonstrating that enforcement of the summons would be an abuse of the court's process.

ClibPDF - www.fastio.com

IT IS FURTHER ORDERED that the respondent, or authorized representative, appear before the United States District Court for the Southern District of Texas, Courtroom No. 11B, 11th Floor, 515 Rusk Avenue, Houston, Texas, on November 30, 1995, at 8:30 a.m., to show cause why respondent should not be ordered to comply with the Internal Revenue Service summons.

IT IS FURTHER ORDERED that at the hearing on this Order to Show Cause, the respondent, or representative, shall personally appear before this Court, together with the documents described in the summons.

DATED: August 10, 1995

UNITED STATES DISTRICT JUDGE



ClibPDF - www.fastio.com